No. 421. D. C. HALL Co. *v.* STATE HIGHWAY COMMISSION OF TEXAS. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. *T. S. Christopher* for petitioner. *Will Wilson,* Attorney General of Texas, and *C. K. Richards,* Assistant Attorney General, for respondent.

No. 422. DEVONIAN GAS & OIL Co. *v.* HIGHLAND, TRUSTEE, ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Michael von Moschzisker* for petitioner. *Anne X. Alpern,* Attorney General of Pennsylvania, *John Sullivan,* Deputy Attorney General, and *Robert C. Derrick,* Assistant Attorney General, for Commonwealth of Pennsylvania, respondent.

No. 423. ZEID *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 425. UNITED SHOE MACHINERY CORP. *v.* HANOVER SHOE, INC. C. A. 3d Cir. Certiorari denied. *Ralph M. Carson, Lewis H. Van Dusen, Jr., Theodore Kiendl, Robert D. Salinger* and *Louis L. Stanton, Jr.* for petitioner. *James V. Hayes* for respondent.

No. 216, Misc. BURKE *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.